JOHN J. GREGAYDIS, JR., an Infant, by JOHN J. GREGAYDIS, SR., His Guardian ad Litem, et al., Respondents, v. WATERVLIET CIVIC CHEST, INC., Appellant.—

624

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.